```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA

            v.
Adel Mohsin,                              NOTICE OF APPEARANCE
                                          07 Cr. 394 (LBS)
          Defendant.
-------------------------------x
```

SIRS/MADAMES:

PLEASE TAKE NOTICE, that B. Alan Seidler, an attorney admitted to practice law in the State of New York on February 9, 1973, and admitted to practice before the United States District Court for the Southern District of New York on August 6, 1974, and at all times remaining in good standing, hereby appears as attorney of record for defendant in the within action, and requests that all related case materials be sent to counsel's office.

DATED: July 23, 2007.

                              Submitted by,

                              _____
                              B. ALAN SEIDLER
                              Attorney for Defendant
                              580 Broadway
                              New York, NY 10012
                              212-334-3131