**MEMO ENDORSED**

RECEIVED SEP 0 7 2007

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 10, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-07

**BY FACSIMILE**

The Honorable Leonard B. Sand
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York  10007

      Re:  **United States v. Mohsin**,
           **07 Cr. 394 (LBS)**

Dear Judge Sand:

    A pretrial conference has been set by Your Honor for Monday, October 15, 2007, at 4:00 p.m.  The Government respectfully requests that the Court exclude time from today until October 15, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A).  The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to continue the appropriate discussions regarding a possible disposition of this case and any Rule 20 motions.  B. Alan Seider, Esq., counsel for the Mohsin, consents to this request for the exclusion of time.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney

By: *[signature]*
      Benjamin A. Naftalis
      Assistant United States Attorney
      (212) 637-2456

cc:  B. Alan Seidler, Esq.
     (via fax, (212) 331-2211)

*So ordered*
*[signature] Sand*
*USDJ  9/16/07*

**MEMO ENDORSED**

TOTAL P.02