

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 9, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-07

**BY HAND**

The Honorable Leonard B. Sand
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  **United States v. Al Kokabani and Mohsin**,
>      **07 Cr. 394 (LBS)**

Dear Judge Sand:

    A subsequent conference has been set by Your Honor for Monday, October 29, 2007, at 10:00 a.m. The Government respectfully requests that the Court exclude time from today until October 29, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to continue the appropriate discussions regarding a possible disposition of this case and complete the paperwork required to transfer Mohsin's pending case in the Eastern District of New York to this District, pursuant to Rule 20 of the Federal Rules of Criminal Procedure. B. Alan Seider, Esq., counsel for Mohsin, and Julia Gatto, Esq., counsel for Kokabani, consent to this request for the exclusion of time.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                United States Attorney

*[handwritten: Docketed on consent. So ordered. LBSand USDJ  10/10/07]*

                        By:  _____
                             Benjamin A. Naftalis
                             Assistant United States Attorney
                             (212) 637-2456

cc: B. Alan Seidler, Esq. (via fax - (212) 331-2211)
     Julia Gatto, Esq. (via fax - (212) 586 1234)

**MEMO ENDORSED**